# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
# (Western Division – Los Angeles)
# CIVIL DOCKET FOR CASE #: 2:14–cv–01753–GAF–AGR

| | |
|---|---|
| Spirit Clothing Company v. Boxercraft Incorporated | Date Filed: 03/10/2014 |
| Assigned to: Judge Gary A. Feess | Date Terminated: 07/07/2014 |
| Referred to: Magistrate Judge Alicia G. Rosenberg | Jury Demand: Plaintiff |
| Cause: 15:1121 Trademark Infringement | Nature of Suit: 840 Trademark |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Spirit Clothing Company** *a California corporation* | represented by | **James Woo Ahn** Blakely Sokoloff Taylor and Zafman LLP 12400 Wilshire Boulevard Suite 700 Los Angeles, CA 90025 310–207–3800 Fax: 310–820–5988 Email: james_ahn@bstz.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Willmore F Holbrow , III** Blakely Sokoloff Taylor and Zafman LLP 12400 Wilshire Boulevard 7th Floor Los Angeles, CA 90025 310–207–3800 Fax: 310–820–5988 Email: Bill_Holbrow@bstz.com *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Boxercraft Incorporated** | represented by | **David William Nelson** Barnes and Thornburg LLP 2029 Century Park East, Suite 300 Los Angeles, CA 90067–2904 310–284–3770 Fax: 310–284–3894 Email: dnelson@btlaw.com *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/10/2014 | Ï 1 | COMPLAINT Receipt No: 0973–13489126 – Fee: $400, filed by Plaintiff Spirit Clothing Company. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Attorney Willmore F Holbrow, III added to party Spirit Clothing Company(pty:pla))(Holbrow, Willmore) (Entered: 03/10/2014) |

| | | |
|---|---|---|
| 03/10/2014 | 2 | CIVIL COVER SHEET filed by Plaintiff Spirit Clothing Company. (Holbrow, Willmore) (Entered: 03/10/2014) |
| 03/10/2014 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Spirit Clothing Company. (Holbrow, Willmore) (Entered: 03/10/2014) |
| 03/10/2014 | 4 | Notice of Interested Parties filed by Plaintiff Spirit Clothing Company, (Holbrow, Willmore) (Entered: 03/10/2014) |
| 03/10/2014 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Spirit Clothing Company. (Holbrow, Willmore) (Entered: 03/10/2014) |
| 03/11/2014 | 6 | NOTICE OF ASSIGNMENT to District Judge Gary A. Feess and Magistrate Judge Alicia G. Rosenberg. (ghap) (Entered: 03/11/2014) |
| 03/11/2014 | 7 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (ghap) (Entered: 03/11/2014) |
| 03/11/2014 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Boxercraft Incorporated. (ghap) (Entered: 03/11/2014) |
| 03/12/2014 | 9 | 21 DAY Summons Issued re Complaint 1 as to Defendant Boxercraft Incorporated. (bm) (Entered: 03/12/2014) |
| 03/12/2014 | 10 | NOTICE OF CLERICAL ERROR: Due to clerical error, the following docket entry has been corrected as indicated below. Re: 21 DAY Summons Issued re Complaint 9 . Other: Please disregard the above summons issued. Upon checking the docket, it appears that summons has already been issued, document 8 , dated 3/11/14 (bm) (Entered: 03/12/2014) |
| 03/12/2014 | 11 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: Report on Filing of Patent or a Trademark 5 . The following error(s) was found: Other error(s) with document(s) are specified below. Other error(s) with document(s): Caption of attached document does not indicate a case number and the date the action was filed. In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (bm) (Entered: 03/12/2014) |
| 03/13/2014 | 12 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS – ORDER by Clerk of Court: The document is accepted as filed. RE: Report on Filing of Patent/Trademark Action (Initial Notification)(AO 120) 5 (lw) (Entered: 03/13/2014) |
| 03/25/2014 | 13 | PROOF OF SERVICE Executed by Plaintiff Spirit Clothing Company, upon Defendant Boxercraft Incorporated served on 3/13/2014, answer due 4/3/2014. Service of the Summons and Complaint were executed upon Alison Richardson, receptionist of Boxercraft, Inc. in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Holbrow, Willmore) (Entered: 03/25/2014) |
| 04/02/2014 | 14 | STIPULATION Extending Time to Answer the complaint as to Boxercraft Incorporated answer now due 5/2/2014, re Complaint (Attorney Civil Case Opening), 1 filed by Defendant Boxercraft Incorporated.(Attorney David William Nelson added to party Boxercraft Incorporated(pty:dft))(Nelson, David) (Entered: 04/02/2014) |
| 04/02/2014 | 15 | NOTICE of Interested Parties filed by Defendant Boxercraft Incorporated, identifying BXC Holding Company. (Nelson, David) (Entered: 04/02/2014) |
| 04/30/2014 | 16 | NOTICE OF MOTION AND MOTION to Dismiss Case *Stay, or in the Alternative, Transfer Case to the Northern District of Georgia* filed by Defendant Boxercraft Incorporated. Motion set for |

| | | |
|---|---|---|
| | | hearing on 6/2/2014 at 09:30 AM before Judge Gary A. Feess. (Attachments: # 1 Proposed Order, # 2 Declaration of Elisabeth Koehnemann, # 3 Exhibit A to Declaration of Elisabeth Koehnemann, # 4 Declaration of Shelley Foland)(Nelson, David) (Entered: 04/30/2014) |
| 04/30/2014 | 17 | REQUEST FOR JUDICIAL NOTICE re MOTION to Dismiss Case *Stay, or in the Alternative, Transfer Case to the Northern District of Georgia* 16 filed by Defendant Boxercraft Incorporated. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Nelson, David) (Entered: 04/30/2014) |
| 05/12/2014 | 18 | MEMORANDUM in Opposition to MOTION to Dismiss Case *Stay, or in the Alternative, Transfer Case to the Northern District of Georgia* 16 filed by Plaintiff Spirit Clothing Company. (Holbrow, Willmore) (Entered: 05/12/2014) |
| 05/12/2014 | 19 | DECLARATION of Willmore F. Holbrow, III In Support of Opposition MOTION to Dismiss Case *Stay, or in the Alternative, Transfer Case to the Northern District of Georgia* 16 filed by Plaintiff Spirit Clothing Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Holbrow, Willmore) (Entered: 05/12/2014) |
| 05/12/2014 | 20 | DECLARATION of Jake Ptasznik In Support of Opposition MOTION to Dismiss Case *Stay, or in the Alternative, Transfer Case to the Northern District of Georgia* 16 filed by Plaintiff Spirit Clothing Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Holbrow, Willmore) (Entered: 05/12/2014) |
| 05/19/2014 | 21 | REPLY In Support of MOTION to Dismiss Case *Stay, or in the Alternative, Transfer Case to the Northern District of Georgia* 16 filed by Defendant Boxercraft Incorporated. (Nelson, David) (Entered: 05/19/2014) |
| 05/22/2014 | 22 | MINUTES (IN CHAMBERS): ORDER RE: MOTION TO DISMISS, TRANSFER, OR STAY, 16 , by Judge Gary A. Feess: The motion to dismiss or transfer is therefore DENIED......... This case is hereby STAYED pending resolution of the motion to dismiss or transfer now before the Northern District of Georgia in case number CV 14−684. Spirit shall provide a status report to the Court within 15 days of the outcome of that motion. If no decision has been rendered prior to August 15, 2014, Spirit shall indicate as much by filing a status report on that date. (PLEASE REVIEW DOCUMENT FOR FULL AND COMPLETE DETAILS) (lw) (Entered: 05/22/2014) |
| 06/23/2014 | 23 | NOTICE of Decision: Northern District of Georgia's order regarding Spirit's Motion to Dismiss the Georgia action filed by Plaintiff Spirit Clothing Company. (Holbrow, Willmore) (Entered: 06/23/2014) |
| 07/07/2014 | 24 | ORDER TRANSFERRING CASE by Judge Gary A. Feess transferring case to Northern District of Georgia. Electronic docket sheet sent. (MD JS−6. Case Terminated.) (Attachments: # 1 Letter Transmittal Letter − Civil Case Transfer Out) (bm) (Entered: 07/08/2014) |